■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACK B. HOLLAND, Appellant. [672 NYS2d 263] —Appeal from a judgment of the County Court of Columbia County (Leaman, J.), rendered April 25, 1997, convicting defendant upon his plea of guilty of the crime of absconding from temporary release in the first degree.

Defense counsel seeks to be relieved of the appointment as assigned counsel for defendant on the ground that there are no nonfrivolous issues that can be raised on appeal. Our review of both the record and defense counsel's brief leads to the same conclusion. Pursuant to a plea bargaining agreement, defendant, a prison inmate, pleaded guilty to the crime of absconding from temporary release in the first degree. Defendant waived his right to appeal and was sentenced as a second felony offender to a prison term of 1½ to 3 years to be served consecutively with the prison sentence he was already serving. Defendant's sentence was in full accordance with the plea bargaining agreement and the relevant statutory requirements. The judgment is, accordingly, affirmed and defense counsel's application for leave to withdraw is granted (see, People v Cruwys, 113 AD2d 979, 980, lv denied 67 NY2d 650).

Mercure, J. P., Crew III, Yesawich Jr., Spain and Carpinello, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.